IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | NO. 12-236 |
| TIMOTHY McGEE | : | |

## ORDER

**AND NOW**, this 12th day of September, 2012, upon consideration of the Motion to Dismiss Count One of the Indictment (Document No. 15), the government's response, the government's sur-reply to the supplemental memorandum of the defendant, and after oral argument, it is **ORDERED** that the motion is **DENIED**.

    /s/Timothy J. Savage
    TIMOTHY J. SAVAGE,  J.